EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In Re:<br><br>En Ocasión del deceso del Hon. José Andréu García, Ex Juez Presidente. | Certiorari<br><br>2019 TSPR 09<br><br>201 DPR ____ |
|---|---|

Número del Caso:    EM-2019-01

Fecha: 18 de enero de 2019

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

En ocasión del deceso del Hon. José Andréu García, Ex Juez Presidente

Núm. EM-2019-01

RESOLUCIÓN

En San Juan, Puerto Rico, a 18 de enero de 2019.

El 10 de enero de 2019, falleció el Hon. José A. Andréu García, quien desde 1992 hasta el 2003 prestó servicios distinguidos a la Rama Judicial de Puerto Rico como Juez Presidente de este Tribunal.

La trayectoria jurídica del Juez Andréu García inició en el año 1961, cuando, a sus 23 años, obtuvo el grado de Juris Doctor en la Facultad de Derecho de la Universidad de Puerto Rico. Desde que ingresó al foro, se destacó como abogado en la práctica privada. Por vocación natural al servicio público, ingresó a la Rama Judicial en 1963 como Juez de Distrito, posición que ocupó por dos años. Desde ese momento, dio visos de lo que sería su pasión por la Rama Judicial.

Posteriormente, fue designado Fiscal Auxiliar, ascendiendo luego a Fiscal de Distrito, cargo que desempeñó hasta 1969. La excelencia de su desempeño en dichos cargos le hizo merecedor de un nombramiento como Juez Superior en el Tribunal de Primera Instancia.

Tras diez años de su vida dedicados al servicio público, decidió reintegrarse a la práctica privada de la abogacía. No obstante, su participación activa en diferentes ámbitos del quehacer jurídico denota

que nunca abandonó su interés en la buena marcha de la administración de la justicia. Así, dictó cátedra en la Facultad de Derecho de la Universidad Interamericana de Puerto Rico, sirvió como recurso en la División Internacional del National Center for State Courts,fue integrante de la Junta Examinadora de Aspirantes al Ejercicio de la Abogacía, fue miembro de la Junta de Directores de la Administración de Edificios Públicos de Puerto Rico y perteneció a diversos comités dirigidos a mejorar nuestro sistema judicial, entre ellos: el Comité Asesor del Gobernador para la Reforma Judicial, Comité de Administración del Tribunal de Primera Instancia de la Conferencia Judicial y el Comité de Reglas de Evidencia de la Conferencia Judicial.

Con esa trayectoria, en 1990, el entonces Gobernador de Puerto Rico, Hon. Rafael Hernández Colón, lo designó como Juez Asociado de este Tribunal y, dos años más tarde, como Juez Presidente, poniendo en sus manos la dirección y administración de la Rama Judicial. En momentos de grandes retos y transformaciones, el Juez Andréu García se propuso posicionar el Poder Judicial de Puerto Rico en uno de avanzada ante los desafíos de un nuevo siglo.

Su presidencia se caracterizó por su deseo de modernizar el sistema judicial para hacerlo más eficiente y responsivo a la ciudadanía. Con visión vanguardista, perseverancia y esmero logró incorporar la tecnología para agilizar los trámites judiciales. Además, promovió el acceso a la justicia, al respaldar un trato equitativo sin diferenciación por motivo de sexo, raza, origen étnico o estatus social. También, reorganizó el sistema judicial con el fin de simplificar los procedimientos que dilataban y encarecían los procesos ante los tribunales. Creó programas de educación y orientación dirigidos a la comunidad y promovió un sistema de educación jurídica continua para los abogados. Del mismo modo, impulsó la capacitación y cualificación de los empleados de la Rama Judicial.

Durante su incumbencia en la presidencia de este Alto Foro, promovió el enriquecimiento de la cultura judicial mediante intercambios con las judicaturas de diversas jurisdicciones. Así, se desempeñó como Presidente del Comité de Administración Judicial de la Conferencia de Jueces Presidentes de los Estados Unidos (1993-2000), fue miembro de la Unión Internacional de Magistrados (1992-2003) y Presidente de la Conferencia Judicial de las Américas (1994).

Bajo su presidencia, abogó por la aprobación de la Ley 286-2002, la cual concedió autonomía presupuestaria a la Rama Judicial. También, cabe destacar su compromiso con la lucha en contra del discrimen por razón de género, con la creación de la Comisión Judicial Especial para Investigar el Discrimen por Razón de Género en los Tribunales.

La dedicación, la entrega y el compromiso con el servicio público fueron virtudes que lo acompañaron durante su vida. El Juez Andréu García asumía posiciones con mucha pasión y vehemencia, pero con mucho respeto y deferencia a los compañeros y las compañeras de este Tribunal. No hay duda que con sus contribuciones el Juez Andréu García, como Juez Presidente y administrador, como jurista y como servidor público dejó cimentados los pilares de un sistema de justicia de avanzada.

A la figura ilustre del ex Juez Presidente Andréu García, quien honró la abogacía, a los tribunales y fue fiel defensor de la independencia judicial, rendimos homenaje de sentida recordación mediante esta constancia escrita.

Le expresamos nuestras más sinceras condolencias a su esposa Cecilia Isabel Fuentes, a sus hijos José Andréu, Cissy Belle y Julie, a sus nietos José Arturo, José Antonio, Gabriel José, Francisco Javier, Carlos José, Julianna Isabel y Manuel Andrés, y a sus demás familiares y amigos.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                              José Ignacio Campos Pérez
                              Secretario del Tribunal Supremo